FILED'08 JUN 16 15:41 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF OREGON

| | |
|---|---|
| SABRINA L. COLLIER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:07-CV-1034-HU<br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on 16th of June, 2008.

DATED this 16th day of June, 2008.

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

Page 1    JUDGMENT - [3:07-CV-1034-HU]