FILED '08 AUG 19 08:21 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**SABRINA L. COLLIER,**
    **Plaintiff,**

v.

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

CV 07 - 1034 HU

ORDER

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6,270.00, and costs in the amount of $0.00, for a total of $6,270.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

DATED this 18th day of August 2008.

                                                _Anna Brown_
                                          UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff